MEYER L. SIRE, Respondent, *v.* JOHN H. BROWNING et al., as Executors of EDWARD F. BROWNING, Deceased, Appellants.

*Sire* v. *Browning*, 153 App. Div. 892, affirmed.
(Argued March 25, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 11, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action arising out of a written agreement of settlement of seven old actions, whereby plaintiff paid cash and gave 104 notes payable monthly, secured by new collateral, viz., a second mortgage made by a third party and owned by plaintiff on 119 West

Twenty-sixth street, and another mortgage and a life insurance policy to defendants' testator in full settlement, and the subsequent refusal of the pledgee after all the notes had been paid to turn over to the pledgor with the other collateral the proceeds of the mortgage on 119 West Twenty-sixth street which he had collected before 25 of the notes matured or were paid.

*Clarence E. Thornall* for appellants.

*Henry B. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE and CUDDEBACK, JJ. Absent: HOGAN, J. Not sitting: MILLER, J.